AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hoffman, Carl W. | 2. Court or Organization<br><br>District of Nevada | 3. Date of Report<br><br>05/11/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

LLoyd George Federal Courthouse
333 Las Vegas Boulevard Rm 3014
Las Vegas, Nevada 89101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee and Executor | Family Trust #1 (no reportable assets, see VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 05/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Nevada Public Employee Retirement System | $57,013.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Clark County School District - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Mortgage, Property #1, Las Vegas, Nevada (VIIA, line 3) | N |
| 2. | Mr. Cooper (Formerly Nationstar Mortgage Company, see VIII) | Mortgage, Property #2, Las Vegas, Nevada (rental)(VIIA, line 4) | M |
| 3. | First Community Bank | Mortgage, Property #3, Brunswick County, NC (VIIA, line 5) | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Cash Account | A | Interest | K | T | | | | | |
| 2. Silver State School Credit Union Cash Account | A | Interest | J | T | | | | | |
| 3. Property #1, Las Vegas, Nevada | A | Rent | N | W | | | | | |
| 4. Property #2, Las Vegas, Nevada | A | Rent | M | W | | | | | |
| 5. Property #3, Brunswick County, NC | | None | L | W | | | | | |
| 6. Property #4, Lafollette, TN | | None | K | W | | | | | |
| 7. Pimco All Assets All Authority | A | Int./Div. | J | T | | | | | |
| 8. Pimco Low Duration | A | Int./Div. | J | T | | | | | |
| 9. (H) VOYA (Mut Fund), (457 Plan)(5 funds) (H) | | | | | | | | | |
| 10. -Templeton Global Bond Fund | A | Int./Div. | K | T | | | | | |
| 11. - PIMCO VIT Real Return Portfolio | A | Int./Div. | K | T | | | | | |
| 12. - Voya Global Advantage | A | Int./Div. | J | T | | | | | |
| 13. - Voya Large Cap Value | B | Int./Div. | K | T | | | | | |
| 14. - Voya True Price Cap Appreciation | A | Int./Div. | K | T | | | | | |
| 15. (H) TIAA CREF (Mutual Fund)(457 Plan)(5 funds below)(H) | | | | | | | | | |
| 16. - CREF Stock | A | Int./Div. | J | T | | | | | |
| 17. - CREF Growth | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - CREF Bond Market | A | Int./Div. | J | T | | | | | |
| 19. - CREF Global Equities | A | Int./Div. | J | T | | | | | |
| 20. - CREF Equity Index | A | Int./Div. | J | T | | | | | |
| 21. Fidelity Investments Freedom 2020 (Mutual Fund)(457 Plan) | C | Int./Div. | M | T | | | | | |
| 22. (H) Zurich Preferred Plus (Mutual Fund) (403b Plan)(9 funds below)(H) | | | | | | | | | |
| 23. -Templeton Developing Markets | | None | | | Closed | 05/18/17 | K | A | |
| 24. - Alger Large Cap Growth Portfolio | | None | | | Closed | 05/18/17 | J | A | |
| 25. - Fidelity VIP Growth | | None | | | Closed | 05/18/17 | K | A | |
| 26. - DWS International | | None | | | Closed | 05/18/17 | K | A | |
| 27. - Invesco V.I. Utilities | | None | | | Closed | 05/18/17 | K | A | |
| 28. - Alger MidCap Portfolios | | None | | | Closed | 05/18/17 | K | A | |
| 29. - DWS Cap Growth VA | | None | | | Closed | 05/18/17 | L | A | |
| 30. - Invesco VI Global Real Estate | | None | | | Closed | 05/18/17 | L | A | |
| 31. - Franklin Strategic Inc | | None | | | Closed | 05/18/17 | K | A | |
| 32. USAA Exempt Long Term (Mutual Fund) | B | Int./Div. | L | T | | | | | |
| 33. First Eagle Gold Fund Class C (Mutual Funds) | A | Int./Div. | J | T | | | | | |
| 34. T Rowe Price Blue Chip Growth (Mutual Fund) | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T Rowe Price International Discovery (Mutual Funds) | A | Int./Div. | L | T | | | | | |
| 36. T Rowe Price Capital Appreciation (Mutual Fund) | D | Int./Div. | M | T | | | | | |
| 37. T Rowe Price Retirement 2030 (Mutual Fund) | D | Int./Div. | M | T | | | | | |
| 38. T Rowe Price Retirement 2020 (Mutual Fund) | B | Int./Div. | K | T | | | | | |
| 39. T Rowe Price CA Tax Free Bond | A | Int./Div. | M | T | Sold (part) | 02/10/17 | L | | |
| 40. | | | | | Closed | 02/13/17 | K | | |
| 41. (H) VALIC Funds (6 Mutual Funds below) (H) | | | | | | | | | |
| 42. - Short Term Fixed Fund | A | Int./Div. | J | T | | | | | |
| 43. - Capital Appreciation Fund | A | Int./Div. | J | T | | | | | |
| 44. - Large Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 45. - Mid Cap Index Fund | A | Int./Div. | J | T | | | | | |
| 46. - Science and Technology Fund | A | Int./Div. | J | T | | | | | |
| 47. - Asset Allocation Fund | A | Int./Div. | J | T | | | | | |
| 48. Lucia Capital Group IRA | A | Int./Div. | K | T | | | | | |
| 49. TIAA-CREF TRoePrice Ret 2040 (Mutual Fund)(457 Plan) | B | Int./Div. | L | T | | | | | |
| 50. Silver State Bank Roth IRA Cash Equivalent | A | Int./Div. | J | T | | | | | |
| 51. Vanguard Mutual Funds (7 Funds Below) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Prime Money Market Mutual Fund | A | Int./Div. | J | T | Buy | 01/13/17 | N | | |
| 53. | | | | | Buy (add'l) | 02/17/17 | K | | |
| 54. | | | | | Sold (part) | 03/30/17 | L | | |
| 55. | | | | | Sold (part) | 05/12/17 | L | | |
| 56. - Wellington Mutual Fund | D | Int./Div. | M | T | Buy | 01/13/17 | L | | |
| 57. | | | | | Buy (add'l) | 02/17/17 | K | | |
| 58. | | | | | Buy (add'l) | 03/30/17 | L | | |
| 59. - Equity Income Mutual Fund | C | Int./Div. | M | T | Buy | 01/10/17 | L | | |
| 60. | | | | | Buy (add'l) | 02/17/17 | K | | |
| 61. | | | | | Sold (part) | 05/17/17 | K | | |
| 62. - Intermediate Term Tax Exempt Mutual Fund | A | Int./Div. | K | T | Buy | 01/13/17 | K | | |
| 63. | | | | | Buy (add'l) | 02/16/17 | K | | |
| 64. | | | | | Sold (part) | 05/17/17 | K | | |
| 65. - Small Cap Mutual Fund | A | Int./Div. | K | T | Buy | 01/13/17 | K | | |
| 66. - Target Retirement 2035 Mutual Fund | D | Int./Div. | N | T | Buy | 01/12/17 | M | | |
| 67. | | | | | Buy (add'l) | 02/15/17 | L | | |
| 68. | | | | | Buy (add'l) | 03/30/17 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Emerging Markets Stock Index Mutual Fund | A | Int./Div. | K | T | Buy | 01/13/17 | K | | |
| 70. | | | | | Buy (add'l) | 02/17/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Trustee and Executor, but no reportable assets in 2017
Part VI, Line 2, New Mortgage Servicer, changed from Nationstar to Mr. Cooper

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 05/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carl W. Hoffman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544